IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT REPOSA,

        Plaintiff,

v.                              CASE NO.: 3:24-cv-762

BOAR'S HEAD PROVISIONS CO., INC.,

        Defendant.

## BRIEF IN SUPPORT OF PLAINTIFF'S
## MOTION FOR VOLUNTARY DISMISSAL

        Plaintiff, in support of his Motion for a Voluntary Dismissal pursuant to Rule 41(a)(2), states as follows.

        This matter is currently pending before the Court. The parties have agreed that it would be appropriate to voluntarily dismiss this case without prejudice at this time. The Defendant has no objection to this dismissal.

        Accordingly, the Plaintiff would ask that the Court enter the Order which has been submitted dismissing this case without prejudice.

        Respectfully submitted,

        **ROBERT REPOSA**

        By:    /s/ Robert J. Haddad
        Robert J. Haddad, Esq.
        VSB No. 22298
        Attorney for Plaintiff
        RULOFF, SWAIN, HADDAD, MORECOCK,
          TALBERT & WOODWARD, P.C.
        317 30th Street
        Virginia Beach, VA 23451
        Telephone: (757) 671-6036
        Facsimile: (757) 671-6004
        rhaddad@srgslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of February, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document to the following:

Alan M. Maxwell, Esq.
Weinberg Wheeler Hudgins Gunn & Dail
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
amaxwell@wwhgd.com

Kevin L. Keller, Esq. (VSB No. 30731)
Kevin M. Kennedy, Esq. (VSB No. 75071)
Bryn L. Clegg, Esq. (VSB No. 96923)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
kkeller@wilsav.com
kkennedy@wilsav.com
bclegg@wilsav.com

By: ____/s/ Robert J. Haddad_____
Robert J. Haddad, Esq. (VSB No. 22298 )
Attorney for Plaintiff
RULOFF, SWAIN, HADDAD, MORECOCK,
  TALBERT & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA 23451
Telephone: (757) 671-6036
Facsimile: (757) 671-6004
rhaddad@srgslaw.com